UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDERSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICORE HUMANOLOGY, et al.,<br><br>　　　　　Defendants. | Case No. 1:25-cv-01428-JLT-EPG<br><br>ORDER REQUIRING PLAINTIFF BETTY ANN HENDERSON TO SUBMIT AN APLLICATION TO PROCEED IN FORMA PAUPERIS OR PAY ONE FILING FEE FOR BOTH PLAINTIFFS WITHIN 21 DAYS<br><br>ORDER DIRECTING CLERK OF COURT TO SEND AN IN FORMA PAUPERIS APPLICATION |

　　　　Plaintiffs Lukas Elijah Henderson and Betty Ann Henderson are each proceeding pro se in an action filed on October 27, 2025. (ECF No. 1). Plaintiff Lukas Henderson filed an application to proceed *in forma pauperis* on October 27, 2025 (ECF No. 2) and was directed to supplement the application with additional information on October 28, 2025. (ECF No. 3). Plaintiff Lukas Henderson filed the supplement on December 10, 2025. (ECF No. 4). However, Plaintiff Betty Ann Henderson has yet to file an application to proceed *in forma pauperis.*

　　　　To proceed in this action, Plaintiffs must EITHER (1) pay one $405.00 filing fee, or (2) **<u>both</u>** Plaintiffs may submit applications to proceed *in forma pauperis*. 28 U.S.C. § 1915; *See Darden v. Indymac Bancorp, Inc.*, No. S-09-2970 JAM DAD PS, 2009 WL 5206637, at *1 (E.D. Cal. Dec. 23, 2009) ("Where there are multiple plaintiffs in a single action, the plaintiffs may not proceed *in forma pauperis* unless ***all of them*** demonstrate inability to pay the filing fee")

1

(emphasis added); *see also Anderson v. California*, No. 10 CV 2216 MMA (AJB), 2010 WL 4316996, at *1 (S.D. Cal Oct. 27, 2010) ("[A]lthough only one filing fee needs to be paid per case, if multiple plaintiffs seek to proceed *in forma pauperis*, **each plaintiff** must qualify for IFP status") (emphasis added).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send one *in forma pauperis* application to Plaintiff Betty Ann Henderson;
2. Within twenty-one (21) days of the date of service of this order, Plaintiffs shall either (1) pay one $405.00 filing fee for this action; or (2) Plaintiff Betty Ann Henderson shall submit the attached application to proceed *in forma pauperis*, completed and signed;
3. No requests for extensions will be granted without a showing of good cause; and
4. Failure to comply with this order may result in dismissal of Plaintiff Betty Ann Henderson from the lawsuit.

IT IS SO ORDERED.

Dated: **December 11, 2025**           /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

2