UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HENDERSON, et al.,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICORE HUMANOLOGY, *et al.*,<br><br>        Defendants. | CASE NO. 1:25-cv-01428-JLT-EPG<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS PLAINTIFF BETTY ANN HENDERSON FROM THIS ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY A FILING FEE OR SUBMIT AN APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>OBJECTIONS, IF ANY, DUE WITHIN THIRTY DAYS |

Plaintiffs Lukas Elijah Henderson and Betty Ann Henderson are each proceeding *pro se* in an action filed on October 27, 2025. (ECF No. 1). Although the complaint lists both as Plaintiffs, the Court notes that only Plaintiff Lukas Henderson signed the complaint. (*Id.* at 6).

After filing the complaint, Plaintiff Lukas Henderson filed an application to proceed *in forma pauperis* on October 27, 2025 (ECF No. 2) and was directed to supplement the application with additional information on October 28, 2025. (ECF No. 3). Plaintiff Lukas Henderson filed the supplement on December 10, 2025. (ECF No. 4). However, Plaintiff Betty Ann Henderson has yet to file an application to proceed *in forma pauperis,* nor has either party paid a filing fee for this action.

The Court issued an order on December 11, 2025, advising Plaintiffs that in order to proceed with this action, Plaintiffs must EITHER (1) pay one $405.00 filing fee, or (2) **both**

1

Plaintiffs may submit applications to proceed *in forma pauperis*[1]. The Court gave Plaintiffs twenty-one (21) days to either (1) pay one $405.00 filing fee for this action; or (2) Plaintiff Betty Ann Henderson shall submit an application to proceed in forma pauperis that is completed and signed. The Court warned that "failure to comply with this order may result in dismissal of Plaintiff Betty Ann Henderson from the lawsuit."

The twenty-one-day period has expired, and Plaintiffs have failed to pay the filing fee, and Betty Ann Henderson has failed to submit a completed and signed IFP application or otherwise respond to the Court's order.

Accordingly, **IT IS RECOMMENDED** that:

Plaintiff Betty Ann Henderson be dismissed from this action, without prejudice, for Plaintiff's failure to pay the filing fee pursuant to 28 U.S.C. § 1914 or to file an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty days after being served with these findings and recommendations, Plaintiff may file written objections with the Court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any objections shall be limited to no more than fifteen pages, including exhibits. Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:    **January 23, 2026**                  /s/ _Erici P. Grosj_

UNITED STATES MAGISTRATE JUDGE

---

[1] 28 U.S.C. § 1915; *See Darden v. Indymac Bancorp, Inc.*, No. S-09-2970 JAM DAD PS, 2009 WL 5206637, at *1 (E.D. Cal. Dec. 23, 2009) ("Where there are multiple plaintiffs in a single action, the plaintiffs may not proceed *in forma pauperis* unless **all of them** demonstrate inability to pay the filing fee") (emphasis added); *see also Anderson v. California*, No. 10 CV 2216 MMA (AJB), 2010 WL 4316996, at *1 (S.D. Cal Oct. 27, 2010) ("[A]lthough only one filing fee needs to be paid per case, if multiple plaintiffs seek to proceed *in forma pauperis*, **each plaintiff** must qualify for IFP status") (emphasis added).