**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENDERSON, et al., | ) Case No.: 1:25-cv-01428 JLT EPG |
| Plaintiffs, | ) |
| | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATIONS, RECOMMENDING |
| v. | ) THAT PLAINTIFF BETTY ANN HENDERSON |
| | ) BE DISMISSED FROM THIS ACTION WITHOUT |
| AMERICORE HUMANOLOGY, et al., | ) PREJUDICE FOR FAILURE TO PAY A FILING |
| | ) FEE OR SUBMIT AN APPLICATION TO |
| Defendants. | ) PROCEED IN FORMA PAUPERIS |
| | ) |
| | ) (Doc. 6) |

Lukas Elijah Henderson and Betty Ann Henderson are each proceeding *pro se* in this action. (Doc. 1.) Lukas Henderson filed an application to proceed *in forma pauperis* (Doc. 2) and later supplemented it after the Court required him to do so. (Docs. 3, 4.)

After reviewing the applications, the Court advised Plaintiffs that to proceed with this action, they must either pay the $405.00 filing fee, or both plaintiffs had to apply to proceed *in forma pauperis*. The Court gave Plaintiffs 21 days to comply and warned them that "failure to comply with this order may result in dismissal of Plaintiff Betty Ann Henderson from the lawsuit." (Doc. 5.) No filing fee was paid, nor did Betty Ann Henderson file an *in forma pauperis* application.

The assigned magistrate judge then issued findings and recommendations, recommending that Betty Ann Henderson be dismissed from this action without prejudice for failure to pay the filing fee or apply to proceed *in forma pauperis.* (Doc. 6.) The Court served the findings and recommendations on Plaintiffs and provided 30 days to file written objections. (*Id.*) The Court advised Plaintiffs that

1

failure to file objections within the specified time may result in the waiver of rights on appeal. (*Id*. at 3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) No objections were filed and the time to do so has passed. (*Id.* at 2.)

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on January 23, 2026 (Doc. 6) are **ADOPTED IN FULL**

2. Betty Ann Henderson is **DISMISSED** from this action, without prejudice, for her failure to pay the filing fee pursuant to 28 U.S.C. § 1914 or to file an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

IT IS SO ORDERED.

Dated:   **March 16, 2026**

_____
UNITED STATES DISTRICT JUDGE