UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKAS ELIJAH HENDERSON, | Case No.  1:25-cv-01428-JLT-EPG |
| Plaintiff, | ORDER GRANTING APPLICATIONS TO PROCEED *IN FORMA PAUPERIS* |
| v. | (ECF Nos. 2, 4) |
| AMERICORE HUMANLOGY, et al., | |
| Defendant. | |

Plaintiff Lukas Elijah Henderson ("Plaintiff") proceeds *pro se* in this civil action and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 2, 4). Plaintiff has made the requisite showing under § 1915(a). Accordingly, Plaintiff's applications to proceed *in forma pauperis* (ECF No. 2, 4) are granted.

IT IS SO ORDERED.

Dated:    **April 2, 2026**                    /s/ *Erin P. Grosjean*
                                      UNITED STATES MAGISTRATE JUDGE

1