**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUKAS ELIJAH HENDERSON, | Case No. 1:25-cv-01428 JLT EPG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING ACTION FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER; AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE |
| v. | |
| AMERICORE HUMANOLOGY, *et al.*, | |
| Defendants. | |
| | (Doc. 10) |

Lukas Elijah Henderson proceeds *pro se* in this civil action, in which he asserts the defendants duplicated his genome and seeks an order of protection. (*See generally* Doc. 1.) The magistrate judge screened Plaintiff's complaint and found he failed to state a cognizable claim. found he did not state a cognizable claim or invoke this Court's jurisdiction. (Doc. 9 at 3-5.) The magistrate judge granted Plaintiff leave to amend to cure the pleading deficiencies and directed any complaint to be filed within 30 days. (*Id.* at 5.) Plaintiff did not file an amended complaint or otherwise respond to the Screening Order.

The magistrate judge issued Findings and Recommendations, reiterating the findings of the Screening Order and recommending dismissal for failure to state a claim. (Doc. 10 at 2-5.) The magistrate judge also found Plaintiff failed to prosecute the action and failed to comply with the Court's order, and that terminating sanctions were appropriate for these failures. (*Id.* at 5-7.) Therefore, the magistrate judge recommended dismissal of the action. (*Id.* at 7.)

1

The Court served the Findings and Recommendations on Plaintiff and notified him that objections were due in 30 days.  (Doc. 10 at 7.)  The Court advised Plaintiff that his "failure to file objections within the specified time may result in the waiver of rights on appeal."  (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file any objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The findings and recommendations issued on May 22, 2026 (Doc. 10) are **ADOPTED** in full.

2. This action is **DISMISSED** without prejudice for failure to state a claim, failure to obey a court order, and failure to prosecute.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 7, 2026

UNITED STATES DISTRICT JUDGE

2